■ ROBERT PIECHOCKI, III, Respondent, v TOWN OF ALEXANDER, Appellant, et al., Defendant. [902 NYS2d 476]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered September 23, 2009 in a personal injury action. The order denied the motion of defendant Town of Alexander.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 25 and 29, 2010, it is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.

■ THE INDIUM CORPORATION OF AMERICA, Appellant, v MCP GROUP SA et al., Respondents. [901 NYS2d 896]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered August 31, 2009. The order, among other things, granted defendants' cross motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Lindley and Sconiers, JJ.